Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendant
U.S. Bank National Association,
As Indenture Trustee of Towd Point
Mortgage Trust 2017-FRE1

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY LLC SERIES 7073 SEABIRDS PLACE, a Nevada series limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TOWD POINT MORTGAGE TRUST 2017-FRE1, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, a national banking association; DOE individuals I thought XX; and ROE CORPORATIONS I through XX,<br><br>Defendant. | Case No.: 2:21-cv-00559-APG-DJA<br><br>**STIPULATION AND ORDER TO POSTPONE FORECLOSURE SALE AND WITHDRAW EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO ENJOIN FORECLOSURE SALE TO BE HELD ON JUNE 2, 2021 [ECF NOS. 10 AND 12]** |

Plaintiff Saticoy Bay LLC Series 7073 Seabirds Place ("Saticoy") and Defendant U.S. Bank National Association, as Indenture Trustee of Towd Point Mortgage Trust 2017-FRE1 ("Trust"), by and through their respective undersigned counsel, stipulate as follows:

1. The Trust has voluntarily postponed the scheduled foreclosure sale of the subject real property, commonly known as 7073 Seabirds Place, North Las Vegas, Nevada 89084 (APN 124-20-111-130), until July 12, 2021.

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

2. Accordingly, Saticoy hereby voluntarily withdraws the Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Enjoin Foreclosure Sale to Be Held on June 2, 2021 (ECF Nos. 10 and 12) filed on May 26, 2021, without prejudice to its right to seek similar relief at a later time.

Dated this 28th day of May, 2021.

SMITH LARSEN & WIXOM

/s/ *Katie M. Weber*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
U.S. Bank National Association,
As Indenture Trustee of Towd Point
Mortgage Trust 2017-FRE1

Dated this 28th day of May, 2021.

ROGER P. CROTEAU & ASSOCIATES, LTD

/s/ *Christopher L. Benner*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Christopher L. Benner, Esq.
Nevada Bar No. 8963
Matthew P. Pawlowski, Esq.
Nevada Bar No. 9889
2810 Charleston Blvd., No. H-75
Las Vegas, Nevada 89102
Attorneys for Plaintiff
Saticoy Bay Series 7073 Seabirds Place

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 28, 2021

2

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of May, 2021, a true copy of the foregoing **Stipulation and [Proposed] Order to Postpone Foreclosure Sale and Withdraw Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Enjoin Foreclosure Sale to Be Held on June 2, 2021 [ECF Nos. 10 and 12]** was filed and served electronically via the Court's CM/ECF system to the following:

> Roger P. Croteau, Esq.
> Christopher L. Benner, Esq.
> ROGER P. CROTEAU & ASSOCIATES, LTD
> 2810 W. Charleston Blvd., Suite 75
> Las Vegas, Nevada 89102
> croteaulaw@croteaulaw.com
> chris@croteaulaw.com
> Attorneys for Plaintiff
> Saticoy Bay LLC Series 7073 Seabirds Place

  /s/ *Jana L. Rivard*
an employee of Smith Larsen & Wixom