Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
kw@slwlaw.com
Attorneys for Defendant
U.S. Bank National Association,
As Indenture Trustee of Towd Point
Mortgage Trust 2017-FRE1

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 7073 SEABIRDS PLACE, a Nevada series limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TOWD POINT MORTGAGE TRUST 2017-FRE1, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, a national banking association; DOE individuals I thought XX; and ROE CORPORATIONS I through XX,<br><br>Defendant. | Case No.: 2:21-cv-00559-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO POSTPONE FORECLOSURE SALE AND WITHDRAW EMERGENCY MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN FORECLOSURE SALE TO BE HELD ON JULY 12, 2021 [ECF NO. 19]** |

Plaintiff Saticoy Bay LLC Series 7073 Seabirds Place ("Saticoy") and Defendant U.S. Bank National Association, as Indenture Trustee of Towd Point Mortgage Trust 2017-FRE1 ("Trust"), by and through their respective undersigned counsel, stipulate as follows:

/ / /

/ / /

1

1. The Trust has voluntarily postponed the scheduled foreclosure sale of the subject real property, commonly known as 7073 Seabirds Place, North Las Vegas, Nevada 89084 (APN 124-20-111-130), for ninety (90) days.

2. Accordingly, Saticoy hereby voluntarily withdraws the Emergency Motion for Preliminary Injunction to Enjoin Foreclosure Sale to Be Held on July 12, 2021 (ECF No. 19) filed on July 2, 2021, without prejudice to its right to seek similar relief at a later time.

| Dated this 8th day of July, 2021. | Dated this 8th day of July, 2021. |
|---|---|
| SMITH LARSEN & WIXOM | ROGER P. CROTEAU & ASSOCIATES, LTD |
| /s/ *Katie M. Weber* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Katie M. Weber, Esq. <br> Nevada Bar No. 11736 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for Defendant <br> U.S. Bank National Association, <br> As Indenture Trustee of Towd Point <br> Mortgage Trust 2017-FRE1 | /s/ *Matthew P. Pawlowski* <br> Roger P. Croteau, Esq. <br> Nevada Bar No. 4958 <br> Christopher L. Benner, Esq. <br> Nevada Bar No. 8963 <br> Matthew P. Pawlowski, Esq. <br> Nevada Bar No. 9889 <br> 2810 Charleston Blvd., No. H-75 <br> Las Vegas, Nevada 89102 <br> Attorneys for Plaintiff <br> Saticoy Bay Series 7073 Seabirds Place |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 8, 2021

2