Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
U.S. Bank National Association,
As Indenture Trustee of Towd Point
Mortgage Trust 2017-FRE1

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 7073 SEABIRDS PLACE, a Nevada series limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TOWD POINT MORTGAGE TRUST 2017-FRE1, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, a national banking association; DOE individuals I thought XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No: 2:21-cv-00559-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

Plaintiff Saticoy Bay LLC Series 7073 Seabirds Place ("Saticoy") and Defendant U.S. Bank National Association, As Indenture Trustee of Towd Point Mortgage Trust 2017-FRE1 ("U.S. Bank") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, as follows:

\ \ \

\ \ \

\ \ \

1

1. As the Parties have resolved all of the claims and disputes asserted in the above-entitled action (including those claims which could have been asserted in this action) concerning the property at issue in this case, this case shall be dismissed, **with prejudice**, with each party to bear its own attorneys' fees and costs; and,

2. This Stipulation and Order is the result of a compromise resolution of this action and shall not constitute or be construed as an admission of the facts or legal conclusions at issue in this action; and,

3. Nothing herein shall prevent any of the parties from recording a copy of this Stipulation and Order with the Clark County, Nevada Recorder.

Dated this 17th day of February, 2022.   Dated this 17th day of February, 2022.

SMITH LARSEN & WIXOM   ROGER P. CROTEAU & ASSOCIATES, LTD

/s/ *Kent F. Larsen*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
U.S. Bank National Association,
As Indenture Trustee of Towd Point
Mortgage Trust 2017-FRE1

/s/ *Christopher L. Benner*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Christopher L. Benner, Esq.
Nevada Bar No. 8963
2810 Charleston Blvd., No. H-75
Las Vegas, Nevada 89102
Attorneys for Plaintiff
Saticoy Bay Series 7073 Seabirds Place

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATE: February 21, 2022

2